## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| ANH V. VO, | ) | CASE NO. C05-0401-JLR-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AFFIRMING |
| | ) | COMMISSIONER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court AFFIRMS the decision of the Commissioner of Social Security; and

(3) The Court shall direct copies of this order to all counsel of record and to Magistrate Judge Theiler.

DATED this 28th day of October, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

ORDER AFFIRMING COMMISSIONER